and mitigation (which was not done in the *Smice* case) and gave defendant's counsel and defendant an opportunity to present anything which either counsel or defendant felt might aid the judge in determining what sentence to impose. On the basis of the record, therefore, we do not believe that it was reversible error to omit a probation investigation in this case."

We conclude that there was no error in the denial of the motion for probation or the application for a pre-sentence investigation.

The judgment of the circuit court of Cook County is, therefore, affirmed.

Judgment affirmed.

DEMPSEY, P. J., and McNAMARA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS PIERCE, JR., Defendant-Appellant.

(No. 55562;

First District (3rd Division)—January 18, 1973.

PER CURIAM.

Jerome Feldman and Richard Allan Halprin, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.